**Order entered August 21, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00649-CV

## DAVNA NICOLE POWELL, Appellant

## V.

## ANTHONY PROVOST, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV19-00063**

# ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated July 25, 2019, we directed appellant to file written verification she had requested preparation of the reporter's record. Although we cautioned that failure to comply within ten days could result in the appeal being submitted without the reporter's record, appellant has failed to comply. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her opening brief no later than September 21, 2019.

/s/ ERIN A. NOWELL
JUSTICE